

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2020

No. 04-20-00445-CV

Jimmy and Cherly **WILLIAMS,**
Appellant

v.

**GUADALUPE-BLANCO RIVER AUTHORITY** and its Officers and Directors,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-2054-CV
The Honorable Stephen B. Ables, Judge Presiding

# O R D E R

In this accelerated appeal, opposing parties filed notices of appeal. Appellants' briefs are due on October 20, 2020.

Before the due date, the parties filed a joint motion asking this court to adopt their proposed briefing schedule and to increase the parties' respective aggregate word counts to 37,500 words. *See* TEX. R. APP. P. 9.4(i)(2).

The parties' joint motion is GRANTED. The applicable aggregate word count will be 37,500 words—to accommodate an opening brief, a response brief, and a reply brief. *See* TEX. R. APP. P. 9.4(i). The briefs must comply with all other length and content requirements established by the applicable Rules. *E.g.*, TEX. R. APP. P. 9.4(i), 38.1, 38.2, 38.3.

The parties will submit their briefs according to the following schedule:

| Due Date | Documents |
|---|---|
| December 2, 2020 | Appellants', Cross-Appellants' opening briefs |
| January 15, 2021 | Appellees', Cross-Appellees' response briefs |
| February 8, 2021 | Appellants', Cross-Appellants' reply briefs |

Any additional request for an extension of time to file a brief is discouraged. *See, e.g.*, TEX. R. APP. P. 10.5(b), 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court